No. 02–345. HITE v. LINDSEY, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consider-

ation or decision of this petition. ▆▆▆▆▆▆▆▆▆